■ In the Matter of TRENNY BROWN, Appellant, v JOHN B. RHEA et al., Respondents. [993 NYS2d 897]—Judgment, Supreme Court, New York County (Carol E. Huff, J.), entered July 16, 2013, denying the petition to annul the determination of respondent New York City Housing Authority (NYCHA), which terminated petitioner's tenancy, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

This proceeding is barred by the statute of limitations. Irrespective of whether NYCHA properly sent the notice of its January 25, 2012 final determination to terminate petitioner's tenancy or whether petitioner actually received the mailing, the evidence indicates that petitioner knew or should have known that she was aggrieved by the determination on February 2, 2012, when she was personally served with NYCHA's 30-day notice to vacate, which explicitly stated that it was based on the final determination issued the month before (*see 90-92 Wadsworth Ave. Tenants Assn. v City of N.Y. Dept. of Hous. Preserv. & Dev.*, 227 AD2d 331 [1st Dept 1996]). However, petitioner did not initiate this proceeding until July 18, 2012, more than four

months after she received the notice to vacate (*see* CPLR 217 [1]). Concur—Tom, J.P., Renwick, Moskowitz, Richter and Kapnick, JJ.